## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FLOYD LAWRENCE** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:06cv08LG-JMR** |
| | § | |
| **CHRISTOPHER EPPS** | § | **DEFENDANT** |

## JUDGMENT

This day this cause came on for hearing before the Court on Defendant's Motion to

Dismiss [16-1], the issues having been duly heard and considered and a decision having been

duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to

Dismiss [16-1] for failure to exhaust administrative remedies is **GRANTED**.  Plaintiff's claims

against the Defendant are hereby **DISMISSED without prejudice.**

**SO ORDERED AND ADJUDGED** this the 23th day of January, 2007.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE